BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MEREDITH B. OSBORN (CABN 250467)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    meredith.osborn@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR JOSUE ARROYO, <br><br> Defendant. | NO. CR 17-00255 RS <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 16, 2017 TO JULY 11, 2017 |

The defendant, OSCAR JOSUE ARROYO, represented by ELLEN LEONIDA, Esquire, and the government, represented by AUSA MEREDITH B. OSBORN, Assistant United States Attorney, appeared before the Court on May 16, 2017, for a status hearing. The parties represented that the government would begin providing discovery upon the parties' entry into a protective order and requested a continuance of the matter.

The matter was continued to July 11, 2017, at 2:30 p.m. to set further proceedings. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between May 16, 2017, and July 11, 2017, because she would be out of the office for most of the month of June, and needed the remaining period of time to review the discovery and to conduct necessary investigation. The government had no objection to excluding time.

| | |
|---|---|
| 1 | Based upon the representation of counsel and for good cause shown, the Court finds that failing |
| 2 | to exclude the time between May 16, 2017, and July 11, 2017, would unreasonably deny the defendant |
| 3 | continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, |
| 4 | taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further |
| 5 | finds that the ends of justice served by excluding the time between May 16, 2017, and July 11, 2017, |
| 6 | from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant |
| 7 | in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 16, 2017, and July |
| 8 | 11, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) |
| 9 | and (B)(iv). |

DATED: 5/18/17

_____
HON. RICHARD SEEBORG
United States District Judge