STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
OSCAR ARROYO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>OSCAR JOSUE ARROYO,<br><br>DEFENDANT. | CR 17-255 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing presently scheduled for July 11 at 2:30 p.m. be vacated and re-set for July 18, 2017 at 2:30 p.m.

The requested continuance is necessary because Mr. Arroyo's union requires him to attend annual training the week of July 10, 2017. The training is daily from 6:00 a.m. to 2:30 p.m. in San Leandro, California. Additionally, the government has not yet provided discovery to the defense. Discovery in this case will include materials that are the subject of a protective order which requires Mr. Arroyo to review them in the presence of counsel. Mr. Arroyo's counsel will be out of the office for most of June, returning on July 5, 2017.

| | |
|---|---|
| DATED: May 25, 2017 | /S/<br>ELLEN V. LEONIDA<br>Assistant Federal Public Defender<br>Counsel for Defendant |
| DATED: May 25, 2017 | /S/<br>MEREDITH OSBORN<br>Assistant United States Attorney |

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to afford Mr. Arroyo continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 18, 2017 at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from July 11, 2017 through July 18, 2017 pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/26/17

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE