1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  450 Golden Gate Avenue, 19th floor
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Facsimile: (415) 436-7706
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   OSCAR ARROYO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 17-255 RS |
|---|---|
| PLAINTIFF, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [P~~ROPOSED~~] ORDER |
| v. | |
| OSCAR JOSUE ARROYO, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing presently scheduled for July 18 at 2:30 p.m. be vacated and re-set for August 1, 2017 at 2:30 p.m.

The requested continuance is necessary because the government intends to provide additional discovery to the defense. Discovery in this case will include materials that are the subject of a protective order which requires Mr. Arroyo to review them in the presence of counsel. Additionally, Mr. Arroyo's counsel is unavailable on July 18, 2017.

DATED: July 10, 2017                    /S/
                                        ELLEN V. LEONIDA
                                        Assistant Federal Public Defender
                                        Counsel for Defendant

CR 17-255 RS
Stip. to Cont.; [Proposed] Order

1

DATED: July 10, 2017                              /S/
                                         MEREDITH OSBORN
                                         Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to afford Mr. Arroyo continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 1, 2017 at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from July 18, 2017 through August 1, 2017 pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: __7/11/17__                       _____
                                         HON. RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE