STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
OSCAR ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>OSCAR JOSUE ARROYO,<br><br>DEFENDANT. | CR 17-255 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the hearing presently scheduled for October 3 at 2:30 p.m. be vacated and re-set for October 10, 2017 at 2:30 p.m.. The requested continuance is necessary because the Court continued the matter from September 26, 2017 to October 3, 2017 and Mr. Arroyo's counsel will be out of the state on that day.

DATED: August 21, 2017          /S/
                                ELLEN V. LEONIDA
                                Assistant Federal Public Defender
                                Counsel for Defendant

DATED: August 21, 2017          /S/
                                MEREDITH OSBORN
                                Assistant United States Attorney

CR 17-255 RS
Stip. to Cont.; [Proposed] Order

1

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford Mr. Arroyo continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 10, 2017 at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from September 26, 2017 through October 10, 2017 pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/21/17

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE