STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, OSCAR ARROYO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>OSCAR JOSUE ARROYO,<br><br>DEFENDANT. | CR 17-255 RS<br><br>STIPULATION TO CONTINUANCE; [~~PROPOSED~~] ORDER |

The parties to this action hereby stipulate that the sentencing hearing presently scheduled for February 27, 2018 should be vacated and re-set for March 6, 2018, at 2:30 p.m. Counsel for the government and counsel for Mr. Arroyo are litigating a motion in *United States v. Craig Marshall* (CR 17-0093 WHA) in front of Judge Alsup at 2:00 p.m. on February 27, 2018. That case involves four co-defendants and one of the attorneys is travelling from Louisiana for the hearing. The motion hearing date in CR 17-0093 WHA was set after Mr. Arroyo's sentencing had been scheduled.


DATED: February 15, 2018                    _____/S/_____
                                            ELLEN V. LEONIDA
                                            Assistant Federal Public Defender
                                            Counsel for Defendant

DATED: February 15, 2018                    _____/S/_____
                                            MEREDITH OSBORN

Assistant United States Attorney

**ORDER**

  IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 6, 2018, at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

DATED: ___2/15/18_____

          _____
            HON. RICHARD SEEBORG
            UNITED STATES DISTRICT JUDGE